694 A.2d 342

COMMONWEALTH of Pennsylvania, Respondent,

v.

Clarence ROGERS, Petitioner.

Supreme Court of Pennsylvania.

June 25, 1997.

## ORDER

PER CURIAM:

AND NOW, this 25th day of June, 1997, the Petition for Allowance of Appeal is GRANTED. The decision of the Superior Court is REVERSED. The matter is REMANDED to the Trial Court to allow Petitioner to file a Motion for New Trial Nunc Pro Tunc challenging the weight of the evidence pursuant to Rule of Criminal Procedure 1410(b)(1)(a)(iv). *See Commonwealth v. Widmer*, 547 Pa. 137, 689 A.2d 211 (1997).